UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JEROME HILL,<br><br>    Defendant. | Case No. 18-cr-20466-1<br>Honorable Laurie J. Michelson |

**ORDER ON ADDITIONAL LETTER REQUEST REGARDING COVID-19 [35]**

After Jerome Hill pled guilty to possession of a machine gun, 18 U.S.C. § 922(o), this Court sentenced him to 60 months' incarceration. (ECF No. 26.) Hill is presently serving his sentence at Federal Correctional Institution Morgantown. (ECF No. 33.)

After the outbreak of the deadly coronavirus pandemic, Hill requested compassionate release under 18 U.S.C. § 3582 due to his asthma and high blood pressure. (ECF No. 27.) The Court denied the motion. (ECF No. 32.) At that time, Hill's medical conditions were well managed and under control. Morgantown was not reporting any positive cases of COVID-19. And Hill had not served a significant portion of his sentence. (*Id*.)

Hill then sent a letter dated January 29, 2021, advising that he tested positive for COVID-19 in January. (ECF No. 33.) Hill reported that his "breathing is kind of difficult." (*Id*.) But that was the only information regarding his health that he provided. He reiterated, understandably, his concerns for his health and safety and asked the Court "to send [him] home on home confinement." (*Id*.)

The Court ruled on February 12, 2021, that it did not have the authority to order Hill released to home confinement. (ECF No. 34.) To the extent Hill was again seeking compassionate

release, the Court found no extraordinary and compelling reasons. (*Id.*) The Court was very sorry that Hill had been infected with the coronavirus. But it did not appear that Hill became seriously ill or lacked adequate treatment. (*Id.*) Also, at that time, the BOP was reporting only 2 positive inmate and 5 staff cases at FCI Morgantown, and had begun a vaccination effort. (*Id.*) The Court denied the request for the reasons set forth in its prior opinion. (*Id.*)

More recently, the Court received another letter from Hill on April 28, 2021. (ECF No. 35.) But that letter is dated October 15, 2020 and involves COVID-19 conditions and events at Morgantown from mid-October 2020. (*Id.*) In other words, conditions at the facility prior to the Court's rulings on Hills' requests for early release. Hill does not address the current conditions at the facility, any changes in his medical health, or his vaccination status. Thus, to the extent this old letter is another request for compassion release, it too is denied for the reasons set forth in the Court's prior orders. (ECF Nos. 32, 34.)

IT IS SO ORDERED.

Dated: May 6, 2021

s/Laurie J. Michelson  
LAURIE J. MICHELSON  
UNITED STATES DISTRICT JUDGE